S.Ct. 2528, 2532, 81 L.Ed.2d 413 (1984). We find that appellant was not denied due process. Point denied.

All other issues referred to in appellant's briefs are without merit and will not be dealt with on review. Judgment affirmed.

All concur.

**Richard L. SCOTT, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 42102.**

Missouri Court of Appeals,
Western District.

Nov. 7, 1989.

Motion for Rehearing and/or Transfer to Supreme Court Denied Nov. 28, 1989.

Larry C. Pace, Kansas City, for appellant.

William L. Webster, Atty. Gen., John M. Morris, Asst. Atty. Gen., Jefferson City, for respondent.

Before LOWENSTEIN, P.J., and KENNEDY and GAITAN, JJ.

ORDER

PER CURIAM.

Appeal from denial of Rule 27.26 motion for post-conviction relief.

Affirmed. Rule 84.16(b).

---

**STATE of Missouri, Respondent,**

v.

**Steven WATSON, Appellant.**

**No. WD 41425.**

Missouri Court of Appeals,
Western District.

Nov. 7, 1989.

Sean O'Brien, Public Defender, John L. Vohs, Asst. Public Defender, Kansas City, for appellant.

William L. Webster, Atty. Gen., John M. Morris, Asst. Atty. Gen., Jefferson City, for respondent.

Before LOWENSTEIN, P.J., and KENNEDY and GAITAN, JJ.

ORDER

PER CURIAM:

Appeal from a conviction of tampering in the first degree, and from a sentence of two years imprisonment.

Affirmed. Rule 30.25(b).

---

**STATE of Missouri, Respondent,**

v.

**Steven WATSON, Appellant.**

**No. WD 41426.**

Missouri Court of Appeals,
Western District.

Nov. 7, 1989.

Motion for Rehearing and/or Transfer to Supreme Court Denied Nov. 28, 1989.